LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GEORGE CHAVEZ II,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner Of Social Security,  )<br>  )<br>  Defendant.  ) | No.  EDCV 11-312 PJW<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($2,400.00) subject to the terms of the stipulation.

DATE: March 16, 2012       _____
                                        HON. PATRICK J. WALSH
                                        UNITED STATES MAGISTRATE JUDGE